**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7115**

TERRY K. OFORI,

        Plaintiff - Appellant,

    v.

LESLIE J. FLEMING; CARL A. MANIS; D. COLLINS,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, Chief District Judge.  (7:20-cv-00344-EKD-JCH)

Submitted:  April 10, 2025                    Decided:  April 14, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry K. Ofori, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry K. Ofori appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C. §§ 2000cc to 2000cc-5. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ofori v. Fleming*, No. 7:20-cv-00344-EKD-JCH (W.D. Va. Sept. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*